Certificate Number: 02998-NJ-DE-033773639

Bankruptcy Case Number: 19-27471



02998-NJ-DE-033773639

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 2, 2019</u>, at <u>3:09</u> o'clock <u>PM EST</u>, <u>Jennifer L Hageman</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>December 2, 2019</u>　　By: <u>/s/Gloria Wright</u>

　　　　　　　　　　　　　　　Name: <u>Gloria Wright</u>

　　　　　　　　　　　　　　　Title: <u>Counselor</u>